No. 358, Misc.   CHAPMAN *v.* BETO, CORRECTIONS DIRECTOR, ET AL.   Court of Criminal Appeals of Texas. Certiorari denied.   Petitioner *pro se.   Waggoner Carr*, Attorney General of Texas, and *Howard Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondents.

No. 597, Misc.   GAGER *v.* "BOB SEIDEL" ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 610, Misc.   HUTCHINSON *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Stewart R. Jaffy* for petitioner.   *Earl W. Allison* for respondent.

No. 628, Misc.   DAYTON *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 631, Misc.   WESTPHAL *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Supreme Court of Washington.   Certiorari denied.

No. 651, Misc.   BELTOWSKI *v.* TAHASH, WARDEN.   Supreme Court of Minnesota.   Certiorari denied.

No. 620, Misc.   PISTOR *v.* GEORGIA.   Supreme Court of Georgia.   Certiorari denied.   Petitioner *pro se.   Eugene Cook*, Attorney General of Georgia, and *Richard Bell*, Solicitor General, for respondent.